UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

                                    Plaintiff,

v.                                                              Case No. 2:16-cr-1-03

STEPHANIE RAE HATCH

                                    Defendant.

_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on January 14, 2016 for an initial

appearance on an indictment.  The government moved for detention which was

supported by recommendation of pretrial services.  Defendant reserved the right to

detention hearing at a later time.

Defendant shall be detained pending further proceedings.


IT IS SO ORDERED.

                                         _/s/ Timothy P. Greeley_____
                                         TIMOTHY P. GREELEY
                                         UNITED STATES MAGISTRATE JUDGE
Dated:  1/14/2016